UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

JEAN CARLOS ORTIZ

CASE NO.  8:16-cr- 356 T 33 JSS
21 U.S.C. § 846
21 U.S.C. § 841(a)(1), 841(b)(1)(C)
18 U.S.C. § 1709
21 U.S.C. § 853 (Forfeiture)

**SEALED**

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

Beginning on an unknown date but at least as early as on or about December

12, 2015, and continuing until on or about December 16, 2015, in Hillsborough

County, in the Middle District of Florida, and elsewhere, the defendant herein,

JEAN CARLOS ORTIZ,

did knowingly and willfully combine, conspire, confederate, and agree with other

persons, both known and unknown to the Grand Jury, to distribute and to possess

with intent to distribute 500 grams and more of a mixture and substance containing a

detectable amount of cocaine, a Schedule II controlled substance, contrary to the

provisions of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(B).

## COUNT TWO

On or about December 15, 2015, in Hillsborough County, in the Middle District of Florida, and elsewhere, the defendant herein,

JEAN CARLOS ORTIZ,

did knowingly and intentionally attempt to distribute and attempt to possess with intent to distribute 500 grams and more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, contrary to the provisions of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(B).

## COUNT THREE

On or about December 16, 2015, in Hillsborough County, in the Middle District of Florida, the defendant herein,

JEAN CARLOS ORTIZ,

did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT FOUR

On or about December 16, 2015, in Hillsborough County, the Middle District of Florida, the defendant herein,

JEAN CARLOS ORTIZ,

while being a Postal Service employee, did embezzle any letter, package, and mail, and the check contained therein, entrusted to him and which came into his possession intended to be conveyed by mail, and carried and delivered by a carrier and other person employed in any department of the United States Postal Service, and forwarded through and delivered from the Ybor City Post Office in Tampa, Florida, established by authority of the Postmaster General and of the Postal Service, and did steal and remove from any such letter, package, and mail a check contained therein.

In violation of Title 18, United States Code, Sections 1709 and 2.

## FORFEITURES

1.      The allegations contained in Counts One through Four of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture under Title 21, United States Code, Section 853.

2.      Upon conviction of the violations alleged in Counts One, Two, and Three of this Indictment, all punishable by imprisonment for more than one year, the defendant,

JEAN CARLOS ORTIZ,

3

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any:

a.   Property constituting and derived from any proceeds the defendant obtained, directly or indirectly, as a result of such violations; and

b.   Property used and intended to be used in any manner or part to commit and to facilitate the commission of such violations.

3.   The property to be forfeited includes, but is not limited to the following items that were used and intended to be used to facilitate the commission of the violations charged in Counts One through Three:

a.   A Taurus, .380-caliber pistol loaded with 5 rounds of ammunition;

b.   A magazine containing 4 rounds of .380-caliber ammunition; and

c.   A box containing 9 rounds of .22-caliber ammunition.

4.   If any of the property described above, as a result of any act or omission of the defendant:

a.   Cannot be located upon the exercise of due diligence;

b.   Has been transferred or sold to, or deposited with, a third party;

c.   Has been placed beyond the jurisdiction of the Court;

d.   Has been substantially diminished in value; or

e.   Has been comingled with other property which cannot be divided without difficulty

4

the United States of America shall be entitled to forfeiture of substitute property

under Title 21, United States Code, Section 853(p).


A TRUE BILL,

_____
Foreperson


A. LEE BENTLEY, III
United States Attorney

By: _____
Daniel A. George
Assistant United States Attorney

By: _____ for
Simon A. Gaugush
Assistant United States Attorney
Chief, Major Crimes Section

FORM OBD-34
APR 1991

No.

FILED

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Tampa Division

2016 AUG -4  PM 1: 26

## THE UNITED STATES OF AMERICA

### vs.

### Jean Carlos Ortiz

## INDICTMENT

Violations:

21 U.S.C. § 846
21 U.S.C. § 841(a)(1), 841(b)(1)(C)
18 U.S.C. § 1709

A true bill,

_____
Foreperson

Filed in open court this _____ day

of August, 2016.

_____
Clerk

Bail   $_____

GPO 863 525